UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>Jessica Moore<br>Jeffrey L Moore<br>      Debtor(s) | Case No. 15-14738 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/25/2015.

2) The plan was confirmed on 10/09/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/13/2017, 08/18/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/06/2016, 03/02/2018.

5) The case was converted on 03/14/2018.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 35.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,106.90.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,250.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $22,250.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,213.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,010.95 |
| Other | $310.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,533.95

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 455.00 | 455.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 7,693.10 | 7,567.71 | 7,567.71 | 7,567.71 | 273.95 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 5,980.59 | 5,980.59 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,339.51 | 1,339.51 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 2,326.49 | 2,326.49 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 354.00 | 2,961.94 | 2,961.94 | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,423.00 | 9,302.21 | 9,302.21 | 0.00 | 0.00 |
| D & E FINANCE INC | Secured | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 197.95 |
| HARLEY DAVIDSON CREDIT | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 0.00 | 1,581.20 | 1,581.20 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 226.96 | 226.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,368.77 | 3,368.77 | 3,368.77 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 719.62 | 719.62 | 0.00 | 0.00 |
| LAKEWOOD TRAILS HOA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LAKEWOOD TRAILS HOA | Secured | 1,310.00 | 1,310.00 | 1,310.00 | 502.09 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 604.46 | 604.46 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 511.40 | 511.40 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 525.94 | 525.94 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 182.86 | 182.86 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 200.00 | 200.00 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 182.86 | 182.86 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 196.07 | 196.07 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 182.86 | 182.86 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 182.86 | 182.86 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRESENCE HEALTH | Unsecured | NA | 273.40 | 273.40 | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | NA | 1,366.21 | 1,366.21 | 0.00 | 0.00 |
| ROUNDPOINT MORTGAGE SERVICIN | Secured | 38,869.44 | 38,821.24 | 38,821.24 | 4,674.35 | 0.00 |
| ROUNDPOINT MORTGAGE SERVICIN | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ATG CREDIT/JOLIET RADIOLOGICAL | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/TMOE | Unsecured | 964.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC/ACL INC | Unsecured | 259.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM/BANFIELD PET HOSPITAL | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| JNR ADJUSTMENT COMPANY/GREGI | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI/PRESENCE ST JOSEPH | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI/MORRIS HOSPITAL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| SALUTE/UTB | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 944.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVI/SILVER CR | Unsecured | 2,207.00 | NA | NA | 0.00 | 0.00 |
| CDA/PHYSICIANS OF MORRIS HOSPI | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $38,821.24 | $4,674.35 | $0.00 |
| Debt Secured by Vehicle | $14,067.71 | $14,067.71 | $471.90 |
| All Other Secured | $1,310.00 | $502.09 | $0.00 |
| **TOTAL SECURED:** | **$54,198.95** | **$19,244.15** | **$471.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $4,949.97 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$4,949.97** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,121.24** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,533.95 |
| Disbursements to Creditors | $19,716.05 |
| **TOTAL DISBURSEMENTS :** | **$22,250.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/30/2018                         By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**